COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRISELDA RODRIGUEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and SYNCHRONY BANK, a foreign corporation,<br><br>  Defendants. | Case Number:<br>2:20-cv-02006-JAD-EJY |

## SUBSTITUTION OF COUNSEL FOR PLAINTIFF, GRISELDA RODRIGUEZ

Plaintiff, Griselda Rodriguez, hereby substitutes Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of Cogburn Law, as its counsel of record in the above-captioned matter in the place and stead of Kristie Lynn Fischer, Esq.

1 | Dated this 06/03/2021 day of June, 2021.

*Griselda Rodriguez*
Griselda Rodriguez

1    The undersigned hereby consents to the subsitution of Cogburn Law as counsel of record

2 for Plaintiff, Griselda Rodriguez, in the above-captioned matter in the place and stead of Kristie

3 Lynn Fischer, Esq.

4    Dated this 3rd day of June, 2021.

*Kristie L. Fischer*
Kristie Lynn Fischer, Esq.
Nevada Bar No. 11693
2565 Coral Sky Court
Las Vegas, Nevada 89142

9    The undersigned, on behalf of Cogburn Law, hereby agrees to be subsituted as counsel of

10 record for Plaintiff, Griselda Rodriguez, in the above-captioned matter in the place and stead of

11 Kristie Lynn Fischer, Esq.

12    Dated this 3rd day of June, 2021.

COGBURN LAW

By: *Erik Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  June 9, 2021**

Page 3 of 4