COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Griselda Rodriguez,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., an Ohio Corporation, and Synchrony Bank, a foreign corporation,<br><br>　　　　　　Defendant. | Case Number:<br>2:20-cv-02006-JAD-EJY<br><br>**ORDER GRANTING**<br>**JOINT MOTION DISMISSING ACTION**<br>**WITH PREJUDICE AS TO DEFENDANT**<br>**SYNCHRONY BANK ONLY**<br><br>ECF No. 17 |

　　　Plaintiff, Griselda Rodriguez ("Plaintiff") and Defendant, Synchrony Bank, by and through their respective attorneys of record, request that the above-captioned matter be dismissed

. . .

. . .

. . .

. . .

. . .

. . .

with prejudice as to Defendant Synchrony Bank only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 8th day of July, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 8th day of July, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Matthew R. Tsai*
    J Christopher Jorgensen
    Nevada Bar No. 5382
    Matthew R. Tsai
    Nevada Bar No. 14290
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
    *Attorneys for Defendant Synchrony Bank*

## ORDER

Good cause appearing, the motion to dismiss the claims against Defendant Synchrony Bank **[ECF No. 17] is GRANTED.  The claims against Synchrony Bank are DISMISSED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2021