COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Griselda Rodriguez,<br><br>           Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., an Ohio Corporation, and Synchrony Bank, a foreign corporation,<br><br>           Defendants. | Case Number:<br>2:20-cv-02006-JAD-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF No. 19 |

IT IS HEREBY STIPULATED by and between Plaintiff, Griselda Rodriguez ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-

captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 15th day of November, 2021.　　　　Dated this 15th day of November, 2021.

COGBURN LAW　　　　　　　　　　　　　　　NAYLOR & BRASTER

By: */s/Erik W. Fox*　　　　　　　　　　　　　　By: */s/Jennifer L. Braster*
　　Jamie S. Cogburn, Esq.　　　　　　　　　　　　Jennifer L. Braster, Esq.
　　Nevada Bar No. 8409　　　　　　　　　　　　　Nevada Bar No. 9982
　　Erik W. Fox, Esq.　　　　　　　　　　　　　　1050 Indigo Drive, Suite 200
　　Nevada Bar No. 8804　　　　　　　　　　　　　Las Vegas, NV 89145
　　2580 St. Rose Parkway, Suite 330
　　Henderson, Nevada 89074　　　　　　　　　　JONES DAY
　　*Attorneys for Plaintiff*　　　　　　　　　　　　Katherine A. Neben, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 14590
　　　　　　　　　　　　　　　　　　　　　　　　　3161 Michelson Drive, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92612
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Experian Information*
　　　　　　　　　　　　　　　　　　　　　　　　　*Solutions, Inc.*

### ORDER

　　Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  And because this dismissal leaves no parties or claims, **the Clerk of Court is directed to CLOSE THIS CASE.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: November 17, 2021